AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND and
GARY J. MEYERS

**SUMMONS IN A CIVIL CASE**

V.

THE O. W. TAYLOR, LLC
a/k/a O.W. Taylor, LLC
a/k/a OW Taylor, LLC
f/k/a The O.W. Taylor Co.

CASE

Case: 1:08-cv-01210
Assigned To : Kennedy, Henry H.
Assign. Date : 7/14/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

THE O. W. TAYLOR, LLC
a/k/a O.W. Taylor, LLC
a/k/a OW Taylor, LLC
f/k/a The O.W. Taylor Co.
551 Locust Run Road
Cincinnati, OH 45245

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PHILIP A. LOZANO
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**  JUL 14 2008

CLERK                                                        DATE

(By) DEPUTY CLERK

Please fill in return

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  AUGUST 6, 2008 / 1630 HRS |
| NAME OF SERVER (PRINT)  CHRIS OSTENDORF | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

- ☒ Served personally upon the defendant. Place where served: 551 LOCUST RUN ROAD   CINCINNATI, OH 45245

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☐ Other (specify): SERVED O.W. TAYLOR — OWNER

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  AUGUST 6, 2008
             Date

Signature of Server

Address of Server:  1537 DURANGO DRIVE
LOVELAND, OH 45140

**Legal Errands, Inc.**
PO Box 24866
Philadelphia, PA 19130
215-751-1124

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.