**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED   ) | | |
| TRADES INDUSTRY PENSION FUND, *et al.* ) | | |
| ) | | |
| Plaintiffs    ) | CIVIL ACTION NO. | |
| v.    ) | | |
| ) | | |
| THE O.W. TAYLOR, LLC, *et al.*    ) | | |
| ) | | |
| Defendants    ) | 1:08-cv-1210 (HHK) | |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**
**OF THE FEDERAL RULES OF CIVIL PROCEDURE**

To the Clerk:

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, kindly mark the above matter dismissed with prejudice as to the Defendants as there has been no filing by the adverse party of an answer or of a motion for summary judgment.

                                       Respectfully submitted,

                                       JENNINGS SIGMOND, P.C.

                              BY:/s/     Philip A. Lozano
                                  PHILIP A. LOZANO, ESQUIRE
                                  (I.D. NO. 979737)
                                  The Penn Mutual Towers, 16th Floor
                                  510 Walnut Street, Independence Square
                                  Philadelphia, PA 19106-3683
                                  (215) 351-0669
Date: August 26, 2008               Attorney for Plaintiff

# **CERTIFICATE OF SERVICE**

I, Philip A. Lozano, Esquire, state under penalty of perjury that I caused a copy of the foregoing Notice Of Dismissal Pursuant to F.R.C.P. 41(a)(1) to be served via first class mail, postage prepaid on the date and to the addressed below:

THE O.W. TAYLOR, LLC, *et al.*
a/k/a O.W. Taylor, LLC
a/k/a OW Taylor, LLC
f/k/a The  O.W. Taylor Co.
551 Locust Run Road
Cincinnati, OH 45245

/s/     Philip A. Lozano
PHILIP A. LOZANO, ESQUIRE

Date:  August 26, 2008

198723-1